**DENIED and Opinion Filed June 4, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00637-CV**
_____

**IN RE SHAWN OLALI, Relator**

**Original Proceeding from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-24-00091**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Kennedy

Before the Court is pro se relator's May 28, 2024 petition for writ of mandamus. After a bench trial, a municipal court found relator guilty of assault by physical contact and fined relator $500 plus court costs. The Dallas County Criminal Court of Appeals No. 1 affirmed the judgment. In this original proceeding, relator asks this Court to do the following: (1) "[o]rder the judge to vacate the original order" and to "issue a new order that complies with the rules and judicial convention," (2) "[o]rder the appellate county court to rule on [relator's] motion for rehearing or issue mandamus in the absence of the action so that a notice of appeal may be filed and sent to this [C]ourt," and/or (3) take relator's mandamus petition

"as an appeal by right and have the briefs and records in the county court of criminal appeals be taken as the briefs and records in this [C]ourt."

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to the requested relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

240637F.P05